**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| The Daily Caller | ) |
| 1050 17th Street, N.W. | ) |
| Suite 900 | ) |
| Washington, DC 20036 | ) |
| | ) |
|      Plaintiff, | ) |
| | ) |
|      v. | )     Civil Action No. _____ |
| | ) |
| UNITED STATES DEPARTMENT OF STATE | ) |
| 2201 C Street, NW | ) |
| Washington, D.C. 20520 | ) |
| | ) |
|      Defendant. | ) |
| _____ | ) |

**EXHIBITS TO PLAINTIFF'S COMPLAINT**

# EXHIBIT 1

From: **State Department FOIA** <noreply@state.gov>
Date: Mon, Mar 2, 2015 at 10:01 PM
Subject: FOIA Request Letter
To: chuck@dailycaller.com


Thank you for filing your FOIA request online on 3/3/2015. Here is a review of your request.

The records I request can be described as follows:

I request FOIA processing notes for the following FOIA requests: F-2013-12787 F-2013-14257 F-2013-14260
F-2013-14267 F-2012-40981 201005916

The time period of my request is from 01/01/2010 to present

I am a representative of the news media seeking information as part of a news gathering effort and not for commercial
use.
Additional documentation or comments will be required.


I represent The Daily Caller

I am willing to pay $25 for my request.

I request a waiver of all fees for this request.
Reason: Any information obtained through this request will be used only in the furtherance of public knowledge and not
for commercial purposes. The information would contribute significantly to understanding how the State Department and
a former official there conducted official communications.

I have a compelling need for expeditious handling:
- An urgency to inform the public concerning actual or alleged Federal Government activity exists.
This option available for ONLY PERSONS PRIMARILY ENGAGED IN DISSEMINATING INFORMATION.

- This request pertains to a serious allegation made in a recent New York Times article concerning former Secretary of
State Hillary Clinton and her handling of official department communications. This request seeks to obtain more
information about that process. The general public would gain immensely by finding out whether Clinton's email accounts
were handled properly.

My additional comments are as follows:

N/A

Contact Information
Mr. Charles Ross
8220 E. Oxford Circle
Apt. 13202
Wichita, Kansas 67226
P: (316) 616-7326
F: N/A
chuck@dailycaller.com

# EXHIBIT 2



United States Department of State

*Washington, D.C. 20520*

APR -3 2015

Dear Requester,

RE: FOIA Processing Notes for F-2013-12787, F-2013-14257, F-2013-14260, F-2013-14267, F-2012-40981, and F-2010-05916

This is in response to your request dated March 03, 2015 . We have assigned Case Control Number F-2015-04623 and will begin the processing of your request based upon the information provided in your communication.

The cut-off date is the date the search is initiated unless you have provided a specific timeframe.

After consideration of your request for expedited processing under the Department's rules governing Freedom of Information Act requests, we have determined that your request does warrant expedited processing.

We have considered your request for a fee waiver. Based upon the information provided in your letter, your request for a fee waiver has been granted; therefore, your request will be processed at no charge to you.

We will notify you as soon as responsive material has been retrieved and reviewed.

Should you want to contact us, you may call our FOIA Service Center at (202) 261-8484 or send an email to FOIAstatus@state.gov. Please refer to the Case Control Number in any communication.

Sincerely,
Requester Communications Branch
Office of Information Programs & Services

*Office of Information Programs and Services*
*U.S. Department of State, SA-2*
*Washington, DC 20522-8100*
*Website: www.foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*E-mail: FOIAStatus@state.gov*

# EXHIBIT 3

From: **FOIA Status** <FOIAStatus@state.gov>
Date: Thu, Sep 10, 2015 at 7:48 AM
Subject: RE: FOIA status update: F-2015-04623, F-2015-04646, F-2015-04997 and F-2015-11536
To: Chuck Ross <chuck@dailycaller.com>

Dear Chuck Ross,

This is in reference to your e-mail dated September 9, 2015, inquiring about the status of your Freedom of Information Act request(s) mentioned on the subject live above. Your recent request regarding Bryan Pagliano was received in the Office of Information Programs and Services (IPS) and assigned case number

"F-2015-12685. That request has been forwarded to a team for further processing. You will be provided with the status of the request as soon as information is provided. Please be advised that a copy of your e-mail has been forwarded to the office(s) that are processing your various request. Our office has requested status. Information will be provided to you as soon as it becomes available.

We appreciate your continued patience during this process.

If you have any questions regarding the status of this request, please contact the FOIA Requester Service Center (FRSC) on 202-261-8484 and refer to your case control number.

Sincerely,

Charlotte W. Duckett

U.S. Department of State

---

From: Chuck Ross [mailto:chuck@dailycaller.com]
Sent: Wednesday, September 09, 2015 11:22 AM
To: FOIA Status
Subject: FOIA status update

To whom it may concern:

I would like to obtain a status update for the following FOIA requests:

F-2015-04997

F-2015-04623

F-2015-04646

F-2015-11536

I also filed a request on Aug. 5, 2015 for records related to former State Department special advisor Bryan Pagliano. If possible, I would like to obtain an update on the status of that request as well.

These requests have been outstanding for longer than the 20 day window permitted under federal regulations. Thank you in advance for your cooperation.
Regards,

Chuck Ross
The Daily Caller
8220 E. Oxford Circle
Apt. 13202
Wichita, KS, 67226
316-616-7326
This email is UNCLASSIFIED.

# EXHIBIT 4

From: **State Department FOIA** <noreply@state.gov>
Date: Thu, Mar 5, 2015 at 6:44 PM
Subject: FOIA Request Letter
To: chuck@dailycaller.com


Thank you for filing your FOIA request online on 3/5/2015. Here is a review of your request.

The records I request can be described as follows:

Please provide all communications, electronic or otherwise, sent to or from Chief of Staff David E. Wade, Deputy Chief of Staff Jonathan Finer, and Deputy Legal Adviser Mary McLeod referring in any way to former Secretary of State Hillary R. Clinton. References to Clinton could include the words "Hillary," "HRC," "Clinton," or any other name used to refer to her which may be common to the State Department. Please narrow this search to the time period between 3/1/2014 and the date that this search is started.

The time period of my request is from 03/01/2014 to present

I am a representative of the news media seeking information as part of a news gathering effort and not for commercial use.
Additional documentation or comments will be required.


I represent The Daily Caller

I am willing to pay $25 for my request.

I request a waiver of all fees for this request.
Reason: The information obtained through this request will contribute significantly to public knowledge concerning the internal operations of the State Department. The purpose of this request is to determine how current State Department officials responded to and handled important information it obtained concerning the prior State Department administration. Information obtained through this request will be provided to the public through a news medium and will not be used for personal or commercial gain.

I have a compelling need for expeditious handling:
- An urgency to inform the public concerning actual or alleged Federal Government activity exists.
This option available for ONLY PERSONS PRIMARILY ENGAGED IN DISSEMINATING INFORMATION.

- The information obtained through this request will be used only in the dissemination of public information. Expedited processing is necessary because the subject of this request concerns a prominent public official who is likely to run for very high office. As such, it is imperative that all information pertaining to her time at the State Department is made known as soon as possible.

My additional comments are as follows:

N/A

Contact Information
Mr. Charles Ross
8220 E. Oxford Circle
Apt. 13202
Wichita, Kansas 67226
P: (316) 616-7326
F: N/A
chuck@dailycaller.com

# EXHIBIT 5



*Washington, D.C. 20520*

APR  8 2015

Dear Requester,

RE: *Correspondence sent to or from David E. Wade, Jonathan Finer and Mary McLeod referring in any way to former Secretary of State Hillary R. Clinton*

This is in response to your request dated *March 5th* . We have assigned Case Control Number *F-2015-04646* and will begin the processing of your request based upon the information provided in your communication.

The cut-off date is the date the search is initiated unless you have provided a specific timeframe.

After consideration of your request for expedited processing under the Department's rules governing Freedom of Information Act requests, we have determined that your request does warrant expedited processing.

We have considered your request for a fee waiver. Based upon the information provided in your letter, your request for a fee waiver has been granted; therefore, your request will be processed at no charge to you.

We will notify you as soon as responsive material has been retrieved and reviewed.

Should you want to contact us, you may call our FOIA Service Center at (202) 261-8484 or send an email to FOIAstatus@state.gov. Please refer to the Case Control Number in any communication.

Sincerely,

Requester Communications Branch
Office of Information Programs & Services

---

*Office of Information Programs and Services*
*U.S. Department of State, SA-2*
*Washington, DC 20522-8100*
     *Website: www.foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*E-mail: FOIAStatus@state.gov*

# EXHIBIT 6

From: **State Department FOIA** <noreply@state.gov>
Date: Wed, Mar 11, 2015 at 7:49 PM
Subject: FOIA Request Letter
To: chuck@dailycaller.com


Thank you for filing your FOIA request online on 3/11/2015. Here is a review of your request.

The records I request can be described as follows:

Separation Statements, otherwise known as OF-109 forms, signed by the following former State Department employees: former Secretary of State Hillary Clinton, former Clinton aide Huma Abedin, former Clinton aide Philippe Reines, former Clinton aide Cheryl Mills.

The time period of my request is from 01/21/2009 to 09/01/2013

I am a representative of the news media seeking information as part of a news gathering effort and not for commercial use.
Additional documentation or comments will be required.

I represent The Daily Caller

I am willing to pay $25 for my request.

I request a waiver of all fees for this request.
Reason: The information obtained through this request will be used in the furtherance of public information and not for commercial gain. The information sought by this request will help the general public understand what affirmations former high-level State Department officials made when they left office. Any affirmations they made must be weighed against new information that has come to light following their time at the agency.

I have a compelling need for expeditious handling:
- An urgency to inform the public concerning actual or alleged Federal Government activity exists.
This option available for ONLY PERSONS PRIMARILY ENGAGED IN DISSEMINATING INFORMATION.

- The documents requested here are related to former State Department officials whose mode of conducting business during their time in office has come under intense scrutiny. This request seeks to determine if those officials provided accurate statements when they left the agency. It is important to provide this information to the general public as soon as possible so that they may have as much context about how the officials conducted business as possible.

My additional comments are as follows:

N/A

Contact Information
Mr. Charles Ross
8220 E. Oxford Circle
Apt. 13202
Wichita, Kansas 67226
P: (316) 616-7326
F: N/A
chuck@dailycaller.com

# EXHIBIT 7



United States Department of State

*Washington, D.C. 20520*

MAR 3 1 2015

Dear Requester,

RE: _OF-109 forms signed by former Secretary of_
_State Hillary Clinton, Huma Abedin, Philippe Reines,_
_and Cheryl Mills_

This is in response to your request dated March 11th . We have assigned Case
Control Number F-2015-04997 and will begin the processing of your request
based upon the information provided in your communication.

The cut-off date is the date the search is initiated unless you have provided a specific
timeframe.

After consideration of your request for expedited processing under the Department's
rules governing Freedom of Information Act requests, we have determined that your
request does warrant expedited processing.

We have considered your request for a fee waiver. Based upon the information provided
in your letter, your request for a fee waiver has been granted; therefore, your request will
be processed at no charge to you.

We will notify you as soon as responsive material has been retrieved and reviewed.

Should you want to contact us, you may call our FOIA Service Center at (202) 261-8484
or send an email to FOIAstatus@state.gov. Please refer to the Case Control Number in
any communication.

Sincerely,
Requester Communications Branch
Office of Information Programs & Services

*Office of Information Programs and Services*
*U.S. Department of State, SA-2*
*Washington, DC 20522-8100*
*Website: www.foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*E-mail: FOIAStatus@state.gov*

# EXHIBIT 8

From: **State Department FOIA** <noreply@state.gov>
Date: Sat, Jun 27, 2015 at 7:17 PM
Subject: FOIA Request Letter
To: chuck@dailycaller.com

Thank you for filing your FOIA request online on 6/27/2015. Here is a review of your request.

The records I request can be described as follows:

I seek all records handled by Undersecretary Patrick F. Kennedy pertaining to former Secretary of State Hillary Clinton's use of personal email and a private server. This request includes several different facets. Please provide: *Any contracts Kennedy signed,, viewed, or okayed pertaining to Sec. Clinton's use of the personal email server. Press reports have indicated that Clinton began using private email on the private server at around the same time that she began her tenure as Secretary of State -- on Jan. 21, 2009. Please search for any contracts with computer or technology firms that Kennedy may have viewed, signed, or agreed to around this time period. *Any memos Kennedy drafted, viewed, sent, or received pertaining to Clinton's use of the personal email account and a private email server. *Any emails Kennedy sent or received referring to Clinton's use of her personal email account and private server. Please conduct a search for these records for the period between Nov. 1, 2008 and the present. Please provide processing notes of this FOIA request when it is filled.

The time period of my request is from 11/01/2008 to present

I am a representative of the news media seeking information as part of a news gathering effort and not for commercial use. Additional documentation or comments will be required.

I represent The Daily Caller

I am willing to pay $25 for my request.

I request a waiver of all fees for this request.
Reason: The information obtained through this request will contribute significantly to the public's understanding of a topic that is currently being covered heavily in the national news media. There is intense interest in former Sec. Clinton's private email arrangement. Little is known about how that arrangement was handled by the State Department. This request seeks to find information that will help shed light on that.

I have a compelling need for expeditious handling:
- An urgency to inform the public concerning actual or alleged Federal Government activity exists.
This option available for ONLY PERSONS PRIMARILY ENGAGED IN DISSEMINATING INFORMATION.

- This request concerns a 2016 presidential candidate. As such, it is important that the general public understand how this candidate, Hillary Clinton, conducted business while she served as Secretary of State. The request also concerns a topic that is currently receiving intense media coverage. The information obtained through this request will help add to this coverage.

My additional comments are as follows:

N/A

Contact Information
Mr. Chuck Ross
8220 E. Oxford Circle
Apt. 13202
Wichita, Kansas 67226
P: 316-616-7326
F: N/A
chuck@dailycaller.com

# EXHIBIT 9



United States Department of State

*Washington, D.C. 20520*

JUN 30 2015

Dear Requester,

RE: All records handled by Under Secretary Patrick F. Kennedy pertaining to former Secretary of State Hillary Clinton's use of personal email and a private server including contracts Kennedy signed, viewed, or okayed pertaining to Sec. Clinton's use of

This is in response to your request dated ___June 27th___. We have assigned Case the personal email Control Number F-2015 - 11536 ___ and will begin the processing of your request server based upon the information provided in your communication. etc.'

The cut-off date is the date the search is initiated unless you have provided a specific timeframe.

After consideration of your request for expedited processing under the Department's rules governing Freedom of Information Act requests, we have determined that your request does warrant expedited processing.

We have considered your request for a fee waiver. Based upon the information provided in your letter, your request for a fee waiver has been granted; therefore, your request will be processed at no charge to you.

We will notify you as soon as responsive material has been retrieved and reviewed.

Should you want to contact us, you may call our FOIA Service Center at (202) 261-8484 or send an email to FOIAstatus@state.gov. Please refer to the Case Control Number in any communication.

Sincerely,
Requester Communications Branch
Office of Information Programs & Services

*Office of Information Programs and Services*
*U.S. Department of State, SA-2*
*Washington, DC 20522-8100*
*Website: www.foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*E-mail: FOIAStatus@state.gov*

# EXHIBIT 10

From: **State Department FOIA** <noreply@state.gov>
Date: Wed, Aug 5, 2015 at 7:37 AM
Subject: FOIA Request Letter
To: chuck@dailycaller.com

Thank you for filing your FOIA request online on 8/5/2015. Here is a review of your request.

The records I request can be described as follows:

*All employment records, including contracts and agreements, related to former special advisor Bryan M. Pagliano. He was employed at the State Department between May 2009 and February 2013. According to The Washington Post, Pagliano worked at State to help manage the private email server maintained by then-Sec. of State Clinton. At State, he worked in the IT field. *Any emails sent to or from Mr. Pagliano's State Department email account between May 2009 and Feb. 2013 referring in any way to Clinton, Huma Abedin, or Cheryl Mills. *Any emails sent to or from Under Secretary for Management Patrick Kennedy between Jan. 2009 and Feb. 2013 referring to Mr. Pagliano.

The time period of my request is from 01/21/2009 to present

I am a representative of the news media seeking information as part of a news gathering effort and not for commercial use.
Additional documentation or comments will be required.

I represent The Daily Caller

I am willing to pay $25 for my request.

I request a waiver of all fees for this request.
Reason: The information obtained through this request will be used in the furtherance of public understanding of Hillary Clinton's private email server. It will be used to write an article(s) about how the former Sec of State implemented that server. The information will not be used for commercial purposes.

I have a compelling need for expeditious handling:
- An urgency to inform the public concerning actual or alleged Federal Government activity exists.
This option available for ONLY PERSONS PRIMARILY ENGAGED IN DISSEMINATING INFORMATION.

- The information being sought is related to an important ongoing investigation into Hillary Clinton's private email server. The general public is very interested in this information, as Clinton is running for U.S. President. The information being requested will held shed light on how Clinton operated her server.
My additional comments are as follows:

N/A

Contact Information
Mr. Chuck Ross
8220 E. Oxford
Apt 13202
Wichita, Kansas 67226
P: 316-616-7326
F: N/A
chuck@dailycaller.com