**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE DAILY CALLER,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE,

Defendant.

Case No. 1:15-cv-01777-BAH
Judge Beryl A. Howell

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff The Daily Caller and Defendant United States Department of State stipulate and agree to dismissal of this action with prejudice. Each party will bear its own costs, attorney fees, and expenses. This stipulation applies to Freedom of Information Act requests F-2015-04623, F-2015-04646, F-2015-04997, F-2015-11536, and F-2015-12685.

Dated: February 1, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

**CAUSE OF ACTION INSTITUTE**

***/s/ Patrick J. Massari***
Patrick J. Massari
D.C. Bar No. 418886
1919 Pennsylvania Ave., NW, Suite 650
Washington, D.C. 20006
Tel: (202) 499-4232 | Fax: (202) 330-5842
patrick.massari@causeofaction.org

*Counsel for Plaintiff The Daily Caller*

**U.S. DEPARTMENT OF JUSTICE**

***/s Jason Lee***
JASON LEE
CA Bar No. 298140
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm 7328
Washington, DC 20001
Tel: (202) 514-3367 | Fax: (202) 616–8470
Jason.Lee3@usdoj.gov

*Counsel for Defendant*